No. 10–168. LIFE SETTLEMENT CORP., DBA PEACHTREE LIFE SETTLEMENTS v. GOSHAWK SYNDICATE 102 AT LLOYD'S. Ct. App. N. Y. Certiorari denied.

No. 10–169. KNIGHT v. DRYE ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–170. MARTIN ET AL. v. HANIC, PERSONAL REPRESENTATIVE OF THE ESTATE OF ESCOBEDO, DECEASED. C. A. 7th Cir. Certiorari denied.

No. 10–173. BYRD ET UX. v. HOFFMAN ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–181. SCHNELLER v. PHILADELPHIA ENTERTAINMENT AND DEVELOPMENT PARTNERS, L. P. Sup. Ct. Pa. Certiorari denied.

No. 10–183. SAMSON v. MANLEY ET AL. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 10–190. TORAIN v. AT&T MANAGEMENT SERVICES, LP, ET AL. C. A. 7th Cir. Certiorari denied.

No. 10–199. FILAR v. CHICAGO SCHOOL REFORM BOARD OF TRUSTEES, AKA BOARD OF EDUCATION OF THE CITY OF CHICAGO. C. A. 7th Cir. Certiorari denied.

No. 10–207. FOOD MOVERS INTERNATIONAL, INC. v. WELLS DAIRY, INC. C. A. 8th Cir. Certiorari denied.

No. 10–211. TRANSOCEAN ENTERPRISE, INC. v. INGALLS SHIPBUILDING, INC. Sup. Ct. Miss. Certiorari denied.

No. 10–213. ROWLAND v. PRUDENTIAL FINANCIAL, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–219. PIKE COUNTY JOINT VOCATIONAL SCHOOL DISTRICT ET AL. v. KNISLEY ET AL. C. A. 6th Cir. Certiorari denied.